UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORT DIVISION

| | | |
|---|---|---|
| SHAUNTRELLA T. LONDON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00247-O-BP |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 2) is **DENIED**. It is further **ORDERED** that Plaintiff's case will be **DISMISSED WITHOUT PREJUDICE** unless Plaintiff pays to the Clerk of the Court the $402.00 filing and administrative fee within seven days after the date of this Order.

**SO ORDERED** this **13th day** of **May, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE